

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00737-CV

Jeff **MACAITIS**,
Appellant

v.

Gary **COX** and Sue Cox,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2023-CI-03558
Honorable John D. Gabriel Jr., Judge Presiding

PER CURIAM

Sitting:     Lori I. Valenzuela, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: January 8, 2025

DISMISSED

The clerk's record originally was due on December 2, 2024. On December 3, 2024, the trial court clerk filed a Notification of Late Record stating appellant has failed to pay or make arrangements to pay the clerk's fee for preparing the record, and that appellant is not entitled to appeal without paying the fee. By order dated December 5, 2024, appellant was instructed to provide written proof to this court no later than December 16, 2024, that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled

to appeal without paying the clerk's fee. Our order cautioned appellant that we would dismiss this appeal if appellant failed to respond to our December 5, 2024, order within the time provided. *See* TEX. R. APP. P. 37.3(b) Appellant did not respond.

Accordingly, the appeal is dismissed. *See id.*; *id.* R. 42.3(b), (c).

PER CURIAM